IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America | ) |
| Plaintiff, | ) |
| v. | ) Case No. 25mj25-WBG |
| CATHY M. KELLEY | ) |
| Defendant. | ) |

ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

By: /s/ Willie J. Epps
Willie J. Epps
Chief United States Magistrate Judge

Dated: July 29, 2025

Kansas City, Missouri